USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]  United States Court of Appeals For the First Circuit  No. 97-1797 UNITED STATES, Appellee, v. ALONSO JARAMILLO-OCHOA, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Hector M. Laffitte, U.S. District Judge] Before Selya, Circuit Judge, Campbell, Senior Circuit Judge, and Lynch, Circuit Judge.   Benito I. Rodriguez-Masso on brief for appellant. Guillermo Gil, United States Attorney, Nelson Perez-Sosa,Assistant United States Attorney, and Jose A. Quiles-Espinosa,Senior Litigation Counsel, on brief for appellee.June 16, 1998   Per Curiam. Upon careful review, we perceive no error in the district court's decision, which was consistent with the holding in United States v. Clase-Espinal, 115 F.3d 1054, 1059 (1st Cir.), cert. denied, 118 S.Ct. 384 (1997). Affirmed. See 1st Cir. Loc. R. 27.1.